Dismissed and Memorandum Opinion filed September 25, 2003









Dismissed and Memorandum Opinion filed September 25,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00730-CV

____________

 



JANE B. KNAPP,
Appellant

 

V.

 



L. FABIAN WORTHING, III, M.D., Appellee

 



 

On Appeal from the 281st District
Court



Harris County, Texas

Trial Court Cause No. 02-13617

 



 

M E M O R A N D U M   O
P I N I O N

This is an appeal from a judgment signed April 14, 2003. The
clerk=s record was due August 12, 2003, but
has not been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On August 28, 2003, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 25, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.